**Order entered June 8, 2018**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00326-CV

### MICHAEL A. RUFF, Appellant

### V.

### SUZANN RUFF, MATTHEW D. RUFF, AND FROST BANK, N.A., Appellees

**On Appeal from the Probate Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. PR-11-02825-1**

## ORDER
Before Chief Justice Wright, Justice Evans, and Justice Brown

Based on our opinion of this date, we **AFFIRM** the trial court's March 19, 2018 order setting the supersedeas bond. We **LIFT** the stay granted by order dated April 10, 2018.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE